UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

German Cabansag,

    Plaintiff

vs.

Geico Casualty Co.,

    Defendant

2:17-cv-02306-JAD-GWF

**Order Granting Motion to Dismiss Bad-Faith Claim**

(ECF Nos. 5, 6)

Geico Casualty Company moves to dismiss (or alternatively to sever, bifurcate, and stay) plaintiff German Cabansag's bad-faith claim against it.[1] Cabansag's deadline to oppose this motion was September 22, 2017. That deadline passed a month ago, and Cabansag has not filed an opposition nor moved to extend his deadline to do so.[2] Local Rule 7-2(d) states that "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." I apply the local rule and deem Cabansag's failure to oppose these motions as his consent to granting them.

Accordingly, IT IS HEREBY ORDERED that Geico's Motion to Dismiss **[ECF No. 5] is GRANTED**, and its alternative Motion to Sever, Bifurcate, and Stay **[ECF No. 6] is DENIED** as moot. **Cabansag's claim for bad faith is DISMISSED**, and **the 11/6/17 hearing on these motions is VACATED** as moot.

DATED: October 23, 2017

                                                               Jennifer A. Dorsey
                                                                United States District Judge

---

[1] ECF Nos. 5, 6.

[2] Curiously, however, the parties' October 5, 2017, joint status report states that "Plaintiff will file a Response to these Motions." ECF No. 9 at 2.