1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3   *wade.hansard@mccormickbarstow.com*
   Jonathan W. Carlson
4  Nevada Bar No. 10536
    *jonathan.carlson@mccormickbarstow.com*
5  Renee M. Maxfield
   Nevada Bar No. 12814
6   *renee.maxfield@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:    (702) 949-1100
8  Facsimile:    (702) 949-1101

9  Attorneys for GEICO CASUALTY COMPANY

10                 UNITED STATES DISTRICT COURT
11                     DISTRICT OF NEVADA

12

13
   GERMAN CABANSAG,                      Case No. 2:17-cv-02306-JAD-GWF
14
              Plaintiff,                 **STIPULATION AND ORDER FOR
15                                        DISMISSAL WITH PREJUDICE**
       v.
16                                        ECF No. 11
   GEICO CASUALTY COMPANY, DOES I-X,
17 ROE ENTITIES I-X, inclusive,

18            Defendants.

19

20        IT IS HEREBY STIPULATED by the parties above named, by and through their respective

21 counsel of record, that the above-entitled matter be dismissed with prejudice.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
37 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

1  Each party will bear their own costs and attorneys' fees.

2  DATED this 21st day of DECEMBER , 2017

3                                    DONN W. PROKOPIUS, CHTD.

4

5                          By
                              Donn W. Prokopius, Esq.
6                              Nevada Bar No. 6460
                              1321 South Maryland Parkway
7                              Las Vegas, Nevada 89104
                              Tel. (702) 215-6666
8                              Attorneys for German Cabansag

9

10  DATED this 8th day of January , 2018

11                                    McCORMICK, BARSTOW, SHEPPARD,
                                    WAYTE & CARRUTH LLP
12

13                          By
14                              Wade M. Hansard
                              Nevada Bar No. 8104
15                              Jonathan W. Carlson
                              Nevada Bar No. 10536
16                              Renee M. Maxfield
                              Nevada Bar No. 12814
17                              8337 West Sunset Road, Suite 350
                              Las Vegas, Nevada 89113
18                              Tel. (702) 949-1100

19
                              Attorneys for Defendant
20                              GEICO CASUALTY COMPANY

21                                    **ORDER**

22  Based on the parties' stipulation [ECF No. 11] and good cause appearing, IT IS HEREBY
   ORDERED that **this action is DISMISSED in its entirety with prejudice**, each party to bear
23  its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

24

25
                              _____
                              U.S. District Judge Jennifer Dorsey
26                              January 8, 2018

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD. SUITE 350
LAS VEGAS, NV 89113

2

2:17-cv-02306-JAD-GWF
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE